IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE ENRIQUE PAZ DURAN,

    Petitioner,

v.                                                                            No. 1:26-cv-2127-KG-JHR

FNU LNU,

    Respondent.

ORDER OF DISMISSAL

THIS MATTER is before the Court on Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) (Petition), filed July 1, 2026. Petitioner challenges his immigration custody at the Torrance County Detention Center in New Mexico. (Doc. 1). Petitioner already has a pending Section 2241 proceeding, in which the Hon. Sarah M. Davenport ordered Petitioner to file an amended petition. *See Jose Paz Duran v. FNU LNU*, 1:26-cv-1201-SMD-LF. Nevertheless, the Clerk's Office filed the Petition as a new case. The Court will close this duplicate proceeding and direct the Clerk's Office to file the Petition filed in this case as an Amended Petition in Case No. 1:26-cv-1201-SMD-LF. Petitioner is instructed to include the case number (26-cv-1201-SMD-LF) for all filings relating to his pending Section 2241 proceeding.

    IT IS THEREFORE ORDERED that:

1. This case is DISMISSED without prejudice as a duplicate Section 2241 proceeding;

2. The Court will enter a separate judgment closing this civil habeas case; and

3.  The Clerk's Office is directed to file the Petition (Doc. 1) as an Amended Petition in Case

No. 1:26-cv-1201-SMD-LF.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2