IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE ENRIQUE PAZ DURAN,

     Petitioner,

v.                                                                    No. 1:26-cv-2127-KG-JHR

FNU LNU,

     Respondent.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of

Dismissal filed contemporaneously herewith, IT IS HEREBY ORDERED that this case is

DISMISSED without prejudice as a duplicate Section 2241 proceeding.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.